UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-2760 AB (MRWx) | Date | January 13, 2015 |
|---|---|---|---|
| Title | Hans v. Unum Life Insurance Co. | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**    (IN CHAMBERS) ORDER RE: PROTECTIVE ORDER

The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 36.) The Court accepts and ENTERS the proposed order subject to the following:

1.   ¶ 2.c.6. – A party seeking to file material under seal with the Court due to the provisions of this protective order must submit an appropriate application for under seal treatment pursuant to Local Rule of Court 79-5.1.