JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/28/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP HANS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY; AND E & J GALLO WINERY LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. 14-CV-02760-AB (MRWx)<br><br>**JUDGMENT** |

　　　In accordance with the Court's Findings of Fact and Conclusions of Law entered on October 5, 2015, judgment is hereby entered in favor of Defendant Unum Life Insurance Company of America ("Unum"), erroneously sued as Unum Life Insurance Company, and against Plaintiff Sandeep Hans ("Plaintiff"), as follows:

　　　1. Plaintiff is not entitled to any additional benefits from Unum under Group Long Term Disability Policy Number 54954001 or to any other relief requested in this action.

　　　2. Unum may file a properly supported Motion for Attorneys' Fees and Costs, which the Court will consider in its discretion. In order to give the parties sufficient time to meet and confer with regard to the amount of attorneys' fees and/or costs

owed, if any are owed, Unum shall have **45 days** from the date of entry of this Judgment to file its motion.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: October 28, 2015

HONORABLE ANDRÉ BIROTTE JR.

UNITED STATES DISTRICT JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

145874.1

2

Case No. 14-CV-02760-AB (MRWx)
JUDGMENT